**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JOSEPH S. DRUSKO, PERSONAL REPRESENTATIVE OF THE ESTATE OF CATHY A. DRUSKO, | : No. 126 WAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| UPMC NORTHWEST, UPMC HEALTH SYSTEM, NORTHWEST EMERGENCY PHYSICIANS, LLP, DAVID FERRARO, M.D., UPMC NORTHEAST SURGICAL ASSOCIATES, DANIEL J. LOVESTRAND, M.D., AND UPMC NORTHWEST ANESTHESIA, INC., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.